IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., et al., | No. C -14-00366(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

This matter is hereby referred to a Magistrate Judge of this court to conduct a Settlement Conference. The assigned judge's chambers will contact counsel with a date and time for the conference to be conducted.

**IT IS SO ORDERED.**

Dated: May 23, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge