FAGEN FRIEDMAN & FULFROST, LLP
Lenore Silverman, SBN 146112
lsilverman@f3law.com
David Mishook, SBN 273555
dmishook@f3law.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Oakland Unified School District

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J.G., a minor, by and through his Guardian Ad Litem, P.H., <br><br> Plaintiff, <br><br> vs. <br><br> OAKLAND UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 14-cv-0366 (EDL) <br><br> [PROPOSED] ORDER REQUIRING PARTIES TO FILE ADMINISTRATIVE RECORD UNDER SEAL <br><br> The Hon. Elizabeth D. Laporte <br><br> Trial Date:     None Set |

WHEREAS on May 6, 2014, an initial case management conference was heard in the above-entitled action;

WHEREAS the Court determined at the hearing that the Administrative Record in this action contains private and sensitive information regarding Plaintiff's disabilities, psychological and medical information, and Plaintiff's educational records (*see* Civil Local Rule 79-5(b));

WHEREAS the interest in confidentiality of these records clearly outweighs the public interest to have access (*see Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-1182 (9th Cir. 2006); and

WHEREAS the Court issued Civil Minutes (docket no. 17) stating in part "[p]arties are to file the Administrative Record Under Seal. Parties do not need to file a motion under seal";

The Court hereby ORDERS as follows:

1  There is good cause to seal the Administrative Record for this action, and the parties shall
2  e-file said Administrative Record under seal in accordance with its Civil Minutes dated May 6,
3  2014.
4  IT IS SO ORDERED.

6  DATED: July 14 , 2014

_____
Elizabeth D. Laporte
United States District Court Magistrate Judge

00319-00217/628296.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211